

**Ralph H. Cathcart**
T 212.708.1920
rcathcart@ladas.com

1040 Avenue of the Americas
New York, NY 10018-3738
T 212.708.1800
F 212.246.8959
www.ladas.com

**Application GRANTED IN PART. The initial pretrial conference, scheduled for July 30, 2020, is ADJOURNED to August 20, 2020, at 10:40 a.m.** The parties are advised that the Court does not ordinarily adjourn the initial pretrial conference pending a defendant's answer or settlement discussions.

Plaintiff shall file any execution of the waiver of service, or any proof of service, promptly.

So Ordered.

Dated: July 14, 2020
New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:   1:20-CV-04036-LGS, *Vitro, S.A.B. de C.V. v. Vitro Glass Corp.*,
  **Request to Adjourn Initial Pretrial Conference**

Dear Judge Schofield:

   Ladas & Parry LLP represents Plaintiff Vitro, S.A.B. de C.V. ("Plaintiff") in the above referenced action.

   Pursuant to the Court's June 5, 2020 Order (ECF No. 5), the Initial Pretrial Conference is set for July 30, 2020, at 10:40 AM before Your Honor. Plaintiff respectfully requests that the Initial Pretrial Conference be adjourned.

   The parties have been engaged in settlement discussions, which have continued following the filing of the Complaint. Accordingly, Plaintiff initially held off on serving the Summons and Complaint.

   On June 29, 2020, Plaintiff requested that Defendant Vitro Glass Corp. ("Defendant") waive service of the summons. Defendant has until July 29, 2020, to return the waiver form and will have until August 28, 2020, to Answer or otherwise respond to the Complaint if formal service is waived. In the event Defendant does not agree to waive service of the Complaint, Plaintiff will immediately cause Defendant to be served, well within 90-day time limit set forth in Fed. R. Civ. P. 4(m).

   Plaintiff accordingly requests that the Initial Pretrial Conference be adjourned until September 18, 2020, or a date thereafter, so Defendant may file its Answer or otherwise respond to the Complaint and to provide time for the parties to prepare and submit the joint letter and joint proposed Civil Case Management Plan and Scheduling Order one week prior to the conference, as required by Your Honor's individual rules of practice.

   This is Plaintiff's first request for adjournment of the Initial Pretrial Conference. Since Defendant has not yet been served or agreed to waive service, Plaintiff has not sought



The Honorable Lorna G. Schofield         Page 2
July 13, 2020

Defendant's consent for the requested adjournment as typically required for such requests pursuant to Your Honor's Individual Rule B(2).

                                                Respectfully submitted,

                                                Ralph H. Cathcart, Esq.
                                                (RHC2350)